1052

THE STATE OF WASHINGTON, *Respondent*, v. ROY BRET SWEENEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02658-8, Anita L. Farris, J., entered February 9, 2004. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALLEN MARKS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-8-00179-0, Kenneth L. Cowsert, J., entered March 17, 2004. *Affirmed* by unpublished per curiam opinion.

JOANN CURRIE, *Appellant*, v. ALPHA THERAPEUTIC CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-12004-9, Mary Roberts, J., entered March 19, 2004. *Affirmed* by unpublished per curiam opinion.

*In the Matter of the Condemnation Petition of the Seattle Popular Monorail Authority.*

YOUNG K. LEE, ET AL., *Appellants*, v. SEATTLE POPULAR MONORAIL AUTHORITY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-12580-4, Michael J. Fox, J., entered July 29, 2004. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Kennedy and Agid, JJ.